**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

JOSEFINA ALCAZAR

Case No 22-13870-LMI
Chapter 13

_____ Debtors (s) _____/

**Attorney-Represented Debtors' Verified Motion for Referral to**
**Mortgage Modification Mediation**

The Debtor files this Verified Motion for Referral to Mortgage Modification Mediation ("Motion") and requests the Court enter an Order Granting Debtor's Motion for Referral to Mortgage Modification Mediation" ("Order") referring Debtor and SHELLPOINT MORTGAGE SERVICING, P.O. BOX 10826, Greenville, SC 29603 ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who filed for bankruptcy relief under, or converted to, chapter 13 on 5/17/2022.

2. Debtor requests MMM for real property ("Property') 14712 SW 173 ST, Miami, FL 33187 account number for this Property is 9825 (last four digits).

   a. The Property is (check one box):

      x   the Debtors primary residence

      __   not the Debtor's primary residence

    b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

    x Debtor's only

    ☐ Debtors and non-filing co-obligor/co-borrower/third party

    Contact information for co-obligor/co-borrower/third party:

    Name:_____
    Address:_____
    _____
    Telephone:_____
    email:_____

    ☐ Other:

    Name:_____
    Address:_____
    _____
    Telephone:_____
    email:_____

    c. If applicable, Debtor's attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtors intend to (check all boxes that apply):

    x   modify the mortgage on the Debtors' primary residence.

    ☐ modify the mortgage on Property that is not the Debtors' primary residence.

    ☐ surrender the Property to the Lender.

MMM-LF-01 (rev. 04/01/15)

4. Prior to filing this motion, Debtors remitted to Debtors' attorney the required non-refundable portal submission fee in the amount of $40.00 and the required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $80.00.

5. Prior to filing this motion, Debtors' attorney completed Debtors' information using the court-approved on-line program that facilitates the preparation of the Debtors' loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor. Debtors' initial loan modification forms have been generated and are ready for signature and submission. Debtors' attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtors' Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtors' attorney has determined that:

    x   Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

    ☐ Lender is not registered. Debtors requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtors requests Lender consider (check as many boxes as applicable):

    x   a HAMP or government sponsored loan modification

    x  a conventional loan modification

    ☐ a deed in lieu of foreclosure

    ☐ a state court consent *in rem* final judgment of foreclosure

    ☐ surrender options

    ☐ other: _____

8. IF DEBTORS IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:

    a. Debtors will submit all additional documents required for surrender as provided for on the MMM Portal.

    b. Debtors represents that the property has been listed for sale.

9. Prior to filing this motion, Debtors remitted the required mediator's fee in the amount of $300.00 to Debtors' attorney, unless the Debtors is seeking pro bono mediation under paragraph 11. Debtors understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtors' Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtors' attorney shall upload and submit through the MMM Portal, Debtors' Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $40.00. In addition, the Debtors' attorney

will upload the Order to the MMM Portal as part of the submission of Debtors' documentation.

11. Debtors' attorney:

    x   will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

    ☐ represents that the Debtors requests he/she be considered as a candidate for pro bono mediation because the Debtors' undersigned attorney is representing the Debtors pro bono, or Debtors' income is less than 150% above the poverty level (see attached calculation).

12. Debtors consents to Lender communicating directly with Debtors' attorney for any and all aspects of the mortgage modification mediation program.

13. [For chapter 7 Debtor's] Debtors understands and consents to this Court's MMM procedures which require that, if the Debtors becomes otherwise eligible for entry of a discharge before the MMM process is completed, the Court shall delay issuance of the discharge until either an agreement is reached or the parties reach impasse as reflected in the Local Form "Final Report of Mortgage Modification Mediator".

**WHEREFORE,** Debtors requests that the Motion be granted and for such other and further relief as this Court deems proper.

## DEBTORS' VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on July 26, 2022.

**/s/ JOSEFINA ALCAZAR**

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that a true and correct copy of the Debtor's Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on July 26, 2022.

**/s/ Diego G. Mendez**
Diego G. Mendez, Esq.
FL Bar No. 52748
Mendez Law Offices, PLLC
PO Box 228630
Miami, FL 33222
(305) 264-9090
info@mendezlawoffices.com

Copies to: DIEGO G. MENDEZ, ESQ. PO BOX 228630, MIAMI FL 33222

Lender :  SHELLPOINT MORTGAGE SERVICING, PO BOX 10826, GREENVILLE, SC 29603